# Bibb County Sheriff's Office
# Compact

**Print Date/Time:** 09/22/2026 13:24
**Login ID:** maconbibb\jjaffe
**Case Number:** 2025-00027346

Bibb County Sheriff's Office
**ORI Number:** GA0110000

## Case Details:

**Case Number:** 2025-00027346
**Location:** THIRD ST / CHERRY ST ,GA
**Incident Type:** Disorderly Conduct
**Occurred From:** 03/29/2025 12:51
**Occurred Thru:** 03/29/2025 12:51
**Reported Date:** 03/29/2025 12:51 Saturday
**Reporting Officer ID:** 3070-Smith, Cl **Status:** Arrest **Status Date:** 04/03/2025
**Disposition:** Arrest **Disposition Date:** 04/03/2025

### Case Assignments:

| Assigned Officer | Assignment Date/Time | Assignment Type | Assigned By Officer | Due Date/Time |
|---|---|---|---|---|
| RESOLVED-REVIEWED-RESOLVED | 04/17/2025 00:00 | Reviewed Not Assigned | 3412-Rutherford, S | |

### Modus Operandi

Other - See Narrative

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 90C | 16-11-39 | Disorderly Conduct | 1 |
| 2 | State | 90J | 16-7-21 | Criminal Trespass- UNLAWFUL ENTERING | 1 |

### Offense # 1

**Group/ORI:** State **Crime Code:** 90C **Statute:** 16-11-39 **Counts:** 1 **Attempt/ Commit Code:** Commit
**Description:** Disorderly Conduct **Offense Date:** 03/29/2025
**NCIC Code:** 5311 **Scene Code:** Highway/Road/Alley **Bias/Motivation:** None/No Bias
**Gang Related:** No **IBR Seq. No:** 1
**Premise Code:** County

### Offender Suspected of Using

**Alcohol:** Unknown
**Drugs:** Unknown
**Computer:** No

### Offense # 2

**Group/ORI:** State **Crime Code:** 90J **Statute:** 16-7-21 **Counts:** 1 **Attempt/ Commit Code:** Commit
**Description:** Criminal Trespass- UNLAWFUL ENTERING **Offense Date:** 03/29/2025
**Scene Code:** Highway/Road/Alley **Bias/Motivation:** None/No Bias
**Gang Related:** No **IBR Seq. No:** 2
**Premise Code:** County

### Offender Suspected of Using

**Alcohol:** Unknown
**Drugs:** Unknown
**Computer:** No

## Subjects

EXHIBIT
A

# Bibb County Sheriff's Office
# Compact

**Print Date/Time:** 09/22/2026 13:24
**Login ID:** maconbibb\jjaffe
**Case Number:** 2025-00027346

Bibb County Sheriff's Office
**ORI Number:** GA0110000

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Reporting Person (not victim) | 1 | Mitchell, Scott | 971 LAUREL AVE<br>MACON,GA 31211 | (678)544-6546 | White | Male | 06/15/1976<br>48 |
| Suspect | 1 | Fuller, Matthew B | 2234 NW POINTE DR<br>Macon,GA 31220 | | White | Male | 09/05/1986<br>38 |
| Suspect | 2 | Smith, Christopher Clayton | 501 LESURE LAKE DR<br>Warner Robins,GA 31088 | (478)250-2955 | White | Male | 11/21/1982<br>42 |
| Witness | 1 | Theus, Hannah Moore | 1108 MANLEY RD<br>Griffin,GA 30223 | (404)307-9622 | White | Female | 03/22/1995<br>30 |
| Witness | 2 | Ford, Sarah | 2099 HIWASSEE DR<br>Bonaire,GA 31005 | (478)396-6755 | White | Female | 03/03/1992<br>33 |

**Subject #** **1-Reporting Person (not victim)**

**Primary:** No
**Name:** Mitchell, Scott
**Address:** 971 LAUREL AVE
MACON GA 31211
**Race:** White **Sex:** Male **DOB:** 06/15/1976
**Height:** 5ft 11 in
**Eyes:** Brown **Hair:** Black **Age:** 48
**Primary Phone:** (678)544-6546 **State:**
**Resident Status:** Resident

**Related Offenses**

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 90J | 16-7-21 | Criminal Trespass- UNLAWFUL ENTERING |
| State | 90C | 16-11-39 | Disorderly Conduct |

**Domestic Violence Referrals:**

**Subject #** **1-Suspect**

**Primary:** No
**Suspect Type:** Arrestee
**Name:** Fuller, Matthew B
**Address:** 2234 NW POINTE DR
Macon GA 31220
**Race:** White **Sex:** Male **DOB:** 09/05/1986
**Height:** 5ft 7 in **Weight:** 190.0 lbs.
**Eyes:** Blue **Hair:** Brown **Age:** 38
**State:**
**Resident Status:** Resident

**Related Offenses**

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 90J | 16-7-21 | Criminal Trespass- UNLAWFUL ENTERING |
| State | 90C | 16-11-39 | Disorderly Conduct |

**Domestic Violence Referrals:**

# Bibb County Sheriff's Office
# Compact

**Print Date/Time:** 09/22/2026 13:24
**Login ID:** maconbibb\jjaffe
**Case Number:** 2025-00027346

Bibb County Sheriff's Office
**ORI Number:** GA0110000

## Subject # 2-Suspect

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | No | **Suspect Type:** | | Arrestee | | | |
| **Name:** | Smith, Christopher Clayton | **Race:** | White | **Sex:** | Male | **DOB:** | 11/21/1982 |
| **Address:** | 501 LESURE LAKE DR<br>Warner Robins GA 31088 | **Height:** | 5ft 3 in | **Weight:** | 165.0 lbs. | | |
| | | **Eyes:** | Brown | **Hair:** | Brown | **Age:** | 42 |

**Primary Phone:** (478)250-2955 **DVL #:** 058397965 **State:** GA
**Resident Status:** Non Resident

**Related Offenses**

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 90J | 16-7-21 | Criminal Trespass- UNLAWFUL ENTERING |
| State | 90C | 16-11-39 | Disorderly Conduct |

**Domestic Violence Referrals:**

## Subject # 1-Witness

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | No | | | | | | |
| **Name:** | Theus, Hannah Moore | **Race:** | White | **Sex:** | Female | **DOB:** | 03/22/1995 |
| **Address:** | 1108 MANLEY RD<br>Griffin GA 30223 | **Age:** | 30 | | | | |

**Primary Phone:** (404)307-9622 **State:**
**Resident Status:** Resident

**Related Offenses**

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 90J | 16-7-21 | Criminal Trespass- UNLAWFUL ENTERING |
| State | 90C | 16-11-39 | Disorderly Conduct |

**Domestic Violence Referrals:**

## Subject # 2-Witness

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | No | | | | | | |
| **Name:** | Ford, Sarah | **Race:** | White | **Sex:** | Female | **DOB:** | 03/03/1992 |
| **Address:** | 2099 HIWASSEE DR<br>Bonaire GA 31005 | **Age:** | 33 | | | | |

**Primary Phone:** (478)396-6755 **State:**
**Resident Status:** Resident

**Related Offenses**

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 90J | 16-7-21 | Criminal Trespass- UNLAWFUL ENTERING |
| State | 90C | 16-11-39 | Disorderly Conduct |

**Domestic Violence Referrals:**

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|
| 35768A | Fuller, Matthew B | THIRD ST / CHERRY ST ,GA | 03/29/2025 12:51 | Arrest Warrantless | 38 |
| 36021A | Smith, Christopher Clayton | THIRD ST / CHERRY ST ,GA | 03/29/2025 12:51 | Arrest Warrantless | 42 |

# Bibb County Sheriff's Office
# Compact

**Print Date/Time:** 09/22/2026 13:24
**Login ID:** maconbibb\jjaffe
**Case Number:** 2025-00027346

Bibb County Sheriff's Office
**ORI Number:** GA0110000

**Arrest #** 36021 A

**Name:** Smith, Christopher Clayton **Date/Time:** 03/29/2025 12:51 **Type:** Arrest Warrantless
**Address:** 501 LESURE LAKE DR Warner Robins, GA 31088 **Race:** White **Sex:** Male **DOB:** 11/21/1982
**Height:** 5ft 3 in **Weight:** 165.0 lbs.
**Eyes:** Brown **Hair:** Brown
**Phone:** (478)250-2955 **DVL#:** 058397965 **State:** GA

**Location:** THIRD ST / CHERRY ST ,GA

**Age at Arrest:** 42 **Resident Type:** County

| Arresting Officers | Bureau | School Resource Officer | Weapon Codes |
|---|---|---|---|
| 3070-Smith, Cl | | No | Unarmed |

**Arrest Charges**

| No. | Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|---|
| 1 | State | 90C | 16-11-39 | Disorderly Conduct |

**Counts:** 1 **Attempt/Commit:** Commit
**Other ORI:** No

**Arrest #** 35768 A

**Name:** Fuller, Matthew B **Date/Time:** 03/29/2025 12:51 **Type:** Arrest Warrantless
**Address:** 2234 NW POINTE DR Macon, GA 31220 **Race:** White **Sex:** Male **DOB:** 09/05/1986
**Height:** 5ft 7 in **Weight:** 190.0 lbs.
**Eyes:** Blue **Hair:** Brown

**Location:** THIRD ST / CHERRY ST ,GA

**Age at Arrest:** 38 **Resident Type:** County

| Arresting Officers | Bureau | School Resource Officer | Weapon Codes |
|---|---|---|---|
| 3070-Smith, Cl | | No | Unarmed |

**Arrest Charges**

| No. | Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|---|
| 1 | State | 90J | 16-7-21 | Criminal Trespass- UNLAWFUL ENTERING |

**Counts:** 1 **Attempt/Commit:** Commit
**Other ORI:** No

**Arrest Charges**

| No. | Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|---|
| 2 | State | 90C | 16-11-39 | Disorderly Conduct |

**Counts:** 1 **Attempt/Commit:** Commit
**Other ORI:** No

## Property

# Bibb County Sheriff's Office
# Compact

**Print Date/Time:** 09/22/2026 13:24
**Login ID:** maconbibb\jjaffe
**Case Number:** 2025-00027346

Bibb County Sheriff's Office
**ORI Number:** GA0110000

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 04/03/2025 | Evidence | Other | | | Tripod stand | 2025-00027346 | 10 |
| 04/03/2025 | Evidence | Electronics-TV,Games,Stereo Eq | | | Bluetooth adapter | 2025-00027346 | 9 |
| 03/30/2025 | Found | Purse/Wallet/Luggage | | | Back pack | 2025-00027346 | 8 |
| 03/30/2025 | Found | Other | | | Bible | 2025-00027346 | 7 |
| 03/30/2025 | Found | Other | | | miscelllenous contents | 2025-00027346 | 6 |
| 03/30/2025 | Evidence | Electronics-TV,Games,Stereo Eq | | | Speaker | 2025-00027346 | 5 |
| 03/30/2025 | Evidence | General - Other | | | Sign | 2025-00027346 | 4 |
| 03/30/2025 | Evidence | Electronics-TV,Games,Stereo Eq | | | hand helld microphone | 2025-00027346 | 3 |
| 03/30/2025 | Evidence | Electronics-TV,Games,Stereo Eq | | | microphone headset | 2025-00027346 | 2 |
| 03/30/2025 | Found | Computer/Tablets-Hardware/Soft | | | tablet | 2025-00027346 | 1 |

## Seq #10

**Tag Number:** 2025-00027346 **Item Number:** 10
**Property Codes:** **Property Type:** Other **Date Received:** 04/03/2025
Evidence

**Description:** Tripod stand

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 04/03/2025 09:29 | **Type:** Intake<br>**Code:** Initial Intake<br>**Remarks:** | 3070-Clayton Smith, Cl | | 1682-Deborah Statham, D | |
| 06/18/2025 10:54 | **Type:** Release<br>**Code:** Other Agency<br>**Expected Return Date:**<br>**Remarks:** | 1682-Deborah Statham, D | Property Officer | Solicitor Inv. Mike Kenirey | |
| 02/17/2026 08:29 | **Type:** Intake<br>**Code:** Other Agency<br>**Remarks:** | Kenirey, Investigator Mike | Other Agency | 1682-Deborah Statham, D | |
| 02/18/2026 12:43 | **Type:** Release<br>**Code:** Destroyed / Disposed<br>**Expected Return Date:**<br>**Remarks:** | | | 1682-Deborah Statham, D | |

# Bibb County Sheriff's Office
# Compact

**Print Date/Time:** 09/22/2026 13:24
**Login ID:** maconbibb\jjaffe
**Case Number:** 2025-00027346

Bibb County Sheriff's Office
**ORI Number:** GA0110000

**Seq #9**

**Tag Number:** 2025-00027346 **Item Number:** 9
**Property Codes:** **Property Type:** Electronics-TV,Games,Stereo Eq **Date Received:** 04/03/2025

Evidence

**Description:** Bluetooth adapter

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 04/03/2025 09:29 | **Type:** Intake<br>**Code:** Initial Intake<br>**Remarks:** | 3070-Clayton Smith, Cl | | 1682-Deborah Statham, D | |
| 06/18/2025 10:54 | **Type:** Release<br>**Code:** Other Agency<br>**Expected Return Date:**<br>**Remarks:** | 1682-Deborah Statham, D | Property Officer | Solicitor Inv. Mike Kenirey | |
| 02/17/2026 08:29 | **Type:** Intake<br>**Code:** Other Agency<br>**Remarks:** | Kenirey, Investigator Mike | Other Agency | 1682-Deborah Statham, D | |
| 02/18/2026 12:43 | **Type:** Release<br>**Code:** Destroyed / Disposed<br>**Expected Return Date:**<br>**Remarks:** | | | 1682-Deborah Statham, D | |

**Seq #8**

**Tag Number:** 2025-00027346 **Item Number:** 8
**Property Codes:** **Property Type:** Purse/Wallet/Luggage **Date Received:** 03/30/2025

Found

**Description:** Back pack

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 03/30/2025 08:37 | **Type:** Intake<br>**Code:** Initial Intake<br>**Remarks:** | 3070-Clayton Smith, Cl | | 3874-Richard Senter, R | |
| 04/04/2025 13:44 | **Type:** Release<br>**Code:** Owner/Agent<br>**Expected Return Date:**<br>**Remarks:** | 1682-Deborah Statham, D | Property Officer | Matthew B. Fuller | Owner |
| 04/04/2025 13:48 | **Type:** Release<br>**Code:** Destroyed / Disposed<br>**Expected Return Date:**<br>**Remarks:** | | | 1682-Deborah Statham, D | |

# Bibb County Sheriff's Office
# Compact

**Print Date/Time:** 09/22/2026 13:24
**Login ID:** maconbibb\jjaffe
**Case Number:** 2025-00027346

Bibb County Sheriff's Office
**ORI Number:** GA0110000

## Seq #7

**Tag Number:** 2025-00027346 **Item Number:** 7
**Property Codes:** **Property Type:** Other **Date Received:** 03/30/2025
Found

**Description:** Bible

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 03/30/2025 08:37 | **Type:** Intake<br>**Code:** Initial Intake<br>**Remarks:** | 3070-Clayton Smith, Cl | | 3874-Richard Senter, R | |
| 04/04/2025 13:44 | **Type:** Release<br>**Code:** Owner/Agent<br>**Expected Return Date:**<br>**Remarks:** | 1682-Deborah Statham, D | Property Officer | Matthew B. Fuller | Owner |
| 04/04/2025 13:47 | **Type:** Release<br>**Code:** Destroyed / Disposed<br>**Expected Return Date:**<br>**Remarks:** | | | 1682-Deborah Statham, D | |

## Seq #6

**Tag Number:** 2025-00027346 **Item Number:** 6
**Property Codes:** **Property Type:** Other **Date Received:** 03/30/2025
Found

**Description:** miscelllenous contents

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 03/30/2025 08:37 | **Type:** Intake<br>**Code:** Initial Intake<br>**Remarks:** | 3070-Clayton Smith, Cl | | 3874-Richard Senter, R | |
| 04/04/2025 13:44 | **Type:** Release<br>**Code:** Owner/Agent<br>**Expected Return Date:**<br>**Remarks:** | 1682-Deborah Statham, D | Property Officer | Matthew B. Fuller | Owner |
| 04/04/2025 13:47 | **Type:** Release<br>**Code:** Destroyed / Disposed<br>**Expected Return Date:**<br>**Remarks:** | | | 1682-Deborah Statham, D | |

## Seq #5

**Tag Number:** 2025-00027346 **Item Number:** 5
**Property Codes:** **Property Type:** Electronics-TV,Games,Stereo Eq **Date Received:** 03/30/2025
Evidence

**Description:** Speaker

# Bibb County Sheriff's Office
# Compact

**Print Date/Time:** 09/22/2026 13:24
**Login ID:** maconbibb\jjaffe
**Case Number:** 2025-00027346

Bibb County Sheriff's Office
**ORI Number:** GA0110000

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 03/30/2025 08:37 | **Type:** Intake<br>**Code:** Initial Intake<br>**Remarks:** | 3070-Clayton Smith, Cl | | 3874-Richard Senter, R | |
| 06/18/2025 10:54 | **Type:** Release<br>**Code:** Other Agency<br>**Expected Return Date:**<br>**Remarks:** | 1682-Deborah Statham, D | Property Officer | Solicitor Inv. Mike Kenirey | |
| 02/17/2026 08:29 | **Type:** Intake<br>**Code:** Other Agency<br>**Remarks:** | Kenirey, Investigator Mike | Other Agency | 1682-Deborah Statham, D | |
| 02/18/2026 12:42 | **Type:** Release<br>**Code:** Destroyed / Disposed<br>**Expected Return Date:**<br>**Remarks:** | | | 1682-Deborah Statham, D | |

**Seq #4**

**Tag Number:** 2025-00027346 **Item Number:** 4
**Property Codes:** **Property Type:** General - Other **Date Received:** 03/30/2025
Evidence

**Description:** Sign

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 03/30/2025 08:37 | **Type:** Intake<br>**Code:** Initial Intake<br>**Remarks:** | 3070-Clayton Smith, Cl | | 3874-Richard Senter, R | |
| 06/18/2025 10:54 | **Type:** Release<br>**Code:** Other Agency<br>**Expected Return Date:**<br>**Remarks:** | 1682-Deborah Statham, D | Property Officer | Solicitor Inv. Mike Kenirey | |
| 02/17/2026 08:29 | **Type:** Intake<br>**Code:** Other Agency<br>**Remarks:** | Kenirey, Investigator Mike | Other Agency | 1682-Deborah Statham, D | |
| 02/18/2026 12:42 | **Type:** Release<br>**Code:** Destroyed / Disposed<br>**Expected Return Date:**<br>**Remarks:** | | | 1682-Deborah Statham, D | |

# Bibb County Sheriff's Office
# Compact

**Print Date/Time:** 09/22/2026 13:24
**Login ID:** maconbibb\jjaffe
**Case Number:** 2025-00027346

Bibb County Sheriff's Office
**ORI Number:** GA0110000

**Seq #3**

**Tag Number:** 2025-00027346 **Item Number:** 3
**Property Codes:** **Property Type:** Electronics-TV,Games,Stereo Eq **Date Received:** 03/30/2025

Evidence

**Description:** hand helld microphone

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 03/30/2025 08:37 | **Type:** Intake<br>**Code:** Initial Intake<br>**Remarks:** | 3070-Clayton Smith, Cl | | 3874-Richard Senter, R | |
| 06/18/2025 10:54 | **Type:** Release<br>**Code:** Other Agency<br>**Expected Return Date:**<br>**Remarks:** | 1682-Deborah Statham, D | Property Officer | Solicitor Inv. Mike Kenirey | |
| 02/17/2026 08:29 | **Type:** Intake<br>**Code:** Other Agency<br>**Remarks:** | Kenirey, Investigator Mike | Other Agency | 1682-Deborah Statham, D | |
| 02/18/2026 12:42 | **Type:** Release<br>**Code:** Destroyed / Disposed<br>**Expected Return Date:**<br>**Remarks:** | | | 1682-Deborah Statham, D | |

**Seq #2**

**Tag Number:** 2025-00027346 **Item Number:** 2
**Property Codes:** **Property Type:** Electronics-TV,Games,Stereo Eq **Date Received:** 03/30/2025

Evidence

**Description:** microphone headset

# Bibb County Sheriff's Office
# Compact

**Print Date/Time:** 09/22/2026 13:24
**Login ID:** maconbibb\jjaffe
**Case Number:** 2025-00027346

Bibb County Sheriff's Office
**ORI Number:** GA0110000

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 03/30/2025 08:37 | **Type:** Intake<br>**Code:** Initial Intake<br>**Remarks:** | 3070-Clayton Smith, Cl | | 3874-Richard Senter, R | |
| 06/18/2025 10:54 | **Type:** Release<br>**Code:** Other Agency<br>**Expected Return Date:**<br>**Remarks:** | 1682-Deborah Statham, D | Property Officer | Solicitor Inv. Mike Kenirey | |
| 02/17/2026 08:29 | **Type:** Intake<br>**Code:** Other Agency<br>**Remarks:** | Kenirey, Investigator Mike | Other Agency | 1682-Deborah Statham, D | |
| 02/18/2026 12:41 | **Type:** Release<br>**Code:** Destroyed / Disposed<br>**Expected Return Date:**<br>**Remarks:** | | | 1682-Deborah Statham, D | |

**Seq #1**

**Tag Number:** 2025-00027346 **Item Number:** 1
**Property Codes:** **Property Type:** Computer/Tablets-Hardware/Soft **Date Received:** 03/30/2025

Found

**Description:** tablet

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 03/30/2025 08:37 | **Type:** Intake<br>**Code:** Initial Intake<br>**Remarks:** | 3070-Clayton Smith, Cl | | 3874-Richard Senter, R | |
| 04/04/2025 13:44 | **Type:** Release<br>**Code:** Owner/Agent<br>**Expected Return Date:**<br>**Remarks:** | 1682-Deborah Statham, D | Property Officer | Matthew B. Fuller | Owner |
| 04/04/2025 13:47 | **Type:** Release<br>**Code:** Destroyed / Disposed<br>**Expected Return Date:**<br>**Remarks:** | | | 1682-Deborah Statham, D | |

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

**Case, Officer: MACONBIBB\cbsmith, Supervisor: MACONBIBB\jalitton, Merged By: MACONBIBB\JWagner**

## Bibb County Sheriff's Office

**CASE REPORT** CASE# **2025-00027346**

P.O. Box 930
Macon, GA 31202

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
|---|---|---|
| 3/29/2025 12:51 | Disorderly Conduct | |

| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
|---|---|---|
| 03/29/2025 12:51 | 03/29/2025 12:51 | THIRD ST<br>MACON, GA |

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | 16-11-39<br>Disorderly Conduct | 1 | Commit |
| 02 | 16-7-21<br>Criminal Trespass- UNLAWFUL ENTERING | 1 | Commit |
| | | | |
| | | | |
| | | | |
| | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|
| Adult (18 & over)<br>Reporting Person (not victim) | Mitchell, Scott |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| 06/15/1976 | 48 | 502 Cherry ST Macon, GA 31201 |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| White | Male | | | | |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | (478)227-7785 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|
| Adult (18 & over)<br>Suspect | Fuller, Matthew B |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| 09/05/1986 | 38 | 1223 NW Pointe DR Macon, GA 31220 |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| White | Male | 5'7" | 190 190 | Brown | Blue |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | (478)957-2072 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|
| Adult (18 & over)<br>Suspect | Smith, Christopher Clayton |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| 11/21/1982 | 42 | 501 Lesure Lake DR Warner Robins, GA 31088 |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| White | Male | 5'3" | 165 165 | Brown | Brown |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | (478)250-2955 | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 1951 Smith, Cl | 3/29/2025 | Litton, J, James E | 03/30/2025 |

# Bibb County Sheriff's Office

**CASE REPORT** CASE# **2025-00027346**

P.O. Box 930
Macon, GA 31202

## ADDITIONAL SUBJECTS

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Adult (18 & over) Witness | | Theus, Hannah Moore | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| 03/22/1995 | 30 | 1108 Manley RD Griffen, GA 30223 | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| White | | Female | | | | |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| | | (404)307-9622 | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Adult (18 & over) Witness | | Ford, Sarah | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| 03/03/1992 | 33 | 2099 Hiwassee DR Bonaire, GA 31005 | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| White | | Female | | | | |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| | | (478)396-6755 | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| | | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | | | | | | |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| | | | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| | | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | | | | | | |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| | | | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| | | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | | | | | | |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| | | | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 1951 Smith, CI | 3/29/2025 | Litton, J, James E | 03/30/2025 |

**Bibb County Sheriff's Office**

**CASE REPORT** CASE# **2025-00027346**

P.O. Box 930

Macon, GA 31202

**NARRATIVE**

On Saturday March 29, 2025 around 1251 hours, I Lt. Smith was working the Cherry Blossom Events being held downtown. I was notified by the Cherry Blossom Staff of a male identified as Matthew B. Fuller was standing on the corner of Third St at Cherry St preaching the gospel with a loud speaker.

I approached Matthew and asked him to turn his speaker down and he did comply. He advised me that we have already been through this and the citation they received during the Christmas Lights events downtown had been thrown out. Shortly after I walked away and called Steve Knowels with Bibb County State Court Solicitors Office. After briefing him on the situation I was advised since he did comply, and is not being a disturbance then he is fine. I then called Captain Davis to brief him on the situation. While On the phone with him dispatch was on his other phone. I over heard them tell Captain Davis that they have received several calls in reference to the disturbance that was being caused by Matthew. I was notified by Scott Mitchell (owner of Bohemian Den) located at 502 Cherry St. Scott advised that Matthew and his party are always standing right outside of his business, running customers off, and disturbing the peace of his business. I then went back outside and asked Matthew to move to across the street due to him disturbing the peace of 502 Cherry St. He advised me that he will not move and he has every right to stand on the sidewalk and preach. After that I stepped away to inform dispatch to send me another deputy. Sgt. T. Jones responded.

While waiting on Sgt. Jones to respond Matthew handed over his microphone to Christopher Clayton Smith. Matthew then walked across the street (inside the event venue) and stood on the sidewalk in front of The Dempsey Apartment Homes located at 523 Cherry St. standing with a sign advocating against abortion. The Cherry Blossom Staff (Hannah Moore Theus, and Sarah Ford) approached me and advised me they asked Matthew to leave the venue due to he is not affiliated with the Cherry Blossom Festival. They advised me he informed them that he does not have to move from a public sidewalk and they do not own the street. At that time it appeared the volume to Matthew's speaker had been turned back up.

Once Sgt. Jones arrived, we then walked up to Christopher and placed him in custody for disorderly conduct. I then placed Matthew in custody for Criminal Trespass and Disorderly Conduct. After they were both placed in Sgt. Jones's patrol vehicle I took the speaker for evidence. The volume knob had been turned up to max volume. The speaker they were using will be placed in the crime lab as evidence, and the sign they were using will also be placed in the crime lab as

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **1951 Smith, Cl** | **3/29/2025** | **Litton, J, James E** | **03/30/2025** |

# Bibb County Sheriff's Office

**CASE REPORT** CASE# **2025-00027346**

P.O. Box 930
Macon, GA 31202

## NARRATIVE (continuation)

evidence.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 1951 Smith, Cl | 3/29/2025 | Litton, J, James E | 03/30/2025 |

## OfficerID: MACONBIBB\cbsmith, Narrative

**On Saturday March 29, 2025 around 1251 hours, I Lt. Smith was working the Cherry Blossom Events being held downtown. I was notified by the Cherry Blossom Staff of a male identified as Matthew B. Fuller was standing on the corner of Third St at Cherry St preaching the gospel with a loud speaker.**

**I approached Matthew and asked him to turn his speaker down and he did comply. He advised me that we have already been through this and the citation they received during the Christmas Lights events downtown had been thrown out. Shortly after I walked away and called Steve Knowels with Bibb County State Court Solicitors Office. After briefing him on the situation I was advised since he did comply, and is not being a disturbance then he is fine. I then called Captain Davis to brief him on the situation. While On the phone with him dispatch was on his other phone. I over heard them tell Captain Davis that they have received several calls in reference to the disturbance that was being caused by Matthew. I was notified by Scott Mitchell (owner of Bohemian Den) located at 502 Cherry St. Scott advised that Matthew and his party are always standing right outside of his business, running customers off, and disturbing the peace of his business. I then went back outside and asked Matthew to move to across the street due to him disturbing the peace of 502 Cherry St. He advised me that he will not move and he has every right to stand on the sidewalk and preach. After that I stepped away to inform dispatch to send me another deputy. Sgt. T. Jones responded.**

**While waiting on Sgt. Jones to respond Matthew handed over his microphone to Christopher Clayton Smith. Matthew then walked across the street (inside the event venue) and stood on the sidewalk in front of The Dempsey Apartment Homes located at 523 Cherry St. standing with a sign advocating against abortion. The Cherry Blossom Staff (Hannah Moore Theus, and Sarah Ford) approached me and advised me they asked Matthew to leave the venue due to he is not affiliated with the Cherry Blossom Festival. They advised me he informed them that he does not have to move from a public sidewalk and they do not own the street. At that time it appeared the volume to Matthew's speaker had been turned back up.**

**Once Sgt. Jones arrived, we then walked up to Christopher and placed him in custody for disorderly conduct. I then placed Matthew in custody for Criminal Trespass and Disorderly Conduct. After they were both placed in Sgt. Jones's patrol vehicle I took the speaker for evidence. The volume knob had been turned up to max volume. The speaker they were using will be placed in the crime lab as evidence, and the sign they were using will also be placed in the crime lab as evidence.**

## OfficerID: MACONBIBB\cbsmith, Narrative

**The tripod stand, sign, and Bluetooth adapter were added to LERMS and placed in the crime lab.**

**Case Supp, Officer: MACONBIBB\cbsmith, Supervisor: MACONBIBB\dinzar, Merged By: MACONBIBB\shines1**

## Bibb County Sheriff's Office

**CASE SUPPLEMENT REPORT**

CASE# **2025-00027346**

P.O. Box 930
Macon, GA 31202

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | | |
|---|---|---|---|
| 04/03/2025 09:34 | | | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE | |
| | | THIRD ST<br>MACON, GA | |

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 1951 Smith, Cl | 04/03/2025 | Inzar, D, Darius N | 04/07/2025 |

**Bibb County Sheriff's Office**

**CASE SUPPLEMENT REPORT** CASE# **2025-00027346**

P.O. Box 930

Macon, GA 31202

## NARRATIVE

The tripod stand, sign, and Bluetooth adapter were added to LERMS and placed in the crime lab.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **1951 Smith, Cl** | **04/03/2025** | **Inzar, D, Darius N** | **04/07/2025** |

# Central Records Add-Document Cover Sheet

Case or F.I. Number: 2025-27346

Date: 4/23/25

Submitting Deputy: LT Smith C

Unit: 147

Please scan and attach the following document/s:

- [x] Hand written Statement/s
- [ ] Criminal Trespass Notification
- [ ] Juvenile Complaint Form (Form 90)
- [ ] Use of Force Report
- [ ] Waiver of Counsel
- [ ] Consent to search waiver
- [ ] Pursuit Report
- [ ] Other ______________________

Total number of pages to be added including cover sheet: 3

Case #: 2025-27346

# Bibb County Sheriff's Office
# Witness/Statement Form

Name: Denise Beall Fritze Phone(H): 478-747-6882

Address: 5047 Oxford Rd. Phone(W):

City: Macon State: GA Zip Code: 31210

DOB: 12/02/60 Age: 64 Sex: F Race: W SS#

NOTE: FALSE STATEMENTS (O.C.G.A. §16-10-20)

A person is guilty under this section when he knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or deceive a material fact; makes a false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document, knowing the same to contain any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of state government or of the government of any county, city, or other political subdivision of this state.

PUNISHMENT:

A fine of not more than $1,000.00 or by imprisonment for not less than one, no more than five years, or both.

STATEMENT: Date: 4/15/25 Time: 4:13PM

On Saturday, March 29th my family had lunch at Piedmont Brewery for a fun Cherry Blossom outing. After lunch around 1:30 I headed over to the Bohemian Den. As I approached the store, the sidewalk was crowded with visitors looking at the vendors who were in town for the Cherry Blossom Festival. The street corner was packed with people holding signs & speaking loudly on a megaphone.

(continue on reverse)

Signature: Denise B. Fritze

Witness: LT Clayton B Smith 4/15/25 @ 1639hrs

REVISED 2014

Page____ of______

The man was reading scriptures & shouting loudly at the passersby. I avoided them as I entered the Bohemian Den, intent on my shopping. As I entered, the store owner Scott Mitchell was speaking with Lt. Smith. He was visibly shaking and quite upset about the disruption going on outside. It was clear to me that Scott and Lt. Smith had had these conversations in the past, Although this was my first actual encounter with these "street preachers." Lt. Smith went out and asked them to turn down the volume, but as soon as the Lt. walked away, the volume increased. This continued for quite awhile. Scott asked me to call my husband so he knew this was happening again. I also called Capt. Nathan Sprague and Sgt. Amanda Baker, leaving voicemails for each asking for some direction or who to contact. As I finished my shopping I left the business and followed up with the store owner later to find out the man had been arrested. The ~~the~~ exchange that I heard between Scott and Lt. Smith was as respectful as possible and both were frustrated to have to deal with these people who were camped out on all 4 corners of Cherry Street and Third Street. I heard them say "this has been going on for over 2½ years. It needs to stop."

[signature] 4/15/25

LT Clayton Smith #1951
4/15/25
1639 hrs

# OfficerID: maconbibb\cbsmith, Arrest Narrative

**The accused committed the offense of Disorderly Conduct when was asked to turn his volume down on his loud speaker after disturbing the peace of 502 Cherry St, and the events that were occurring for the Cherry Blossom Festival on Cherry St. The accused was also asked to move from in front of 502 Cherry St. (The Bohemian Den) to go across the street, and refused. There were several complaints of disturbing the peace from the people attending the event, the business owner of 502 Cherry, and the Cherry Blossom Staff.**

**The accused committed the offense of Criminal Trespass when he entered the Cherry Blossom Event advocating against abortion. The accused was asked to leave by the Cherry Blossom staff and refused.**

**Arrest, Officer: maconbibb\cbsmith, Supervisor: maconbibb\rkosmowski, Merged By: maconbibb\sfreeman**

## Bibb County Sheriff's Office

**ARREST INFORMATION SHEET**

P.O. Box 930
Macon, GA 31202

CASE# **2025-00027346**

**DETAILS**

| ARREST DATE/TIME | ARREST TYPE | WARRANT NUMBER | WARRANT ORI | ARRESTING OFFICER |
|---|---|---|---|---|
| 3/29/2025 12:51 | Arrest Warrantless | | | 1951 Smith, Cl |

LOCATION OF ARREST
THIRD ST
Macon, GA

### ARRESTEE

NAME (JACKET TYPE/LAST, FIRST, MIDDLE SUFFIX)
Fuller, Matthew B

| DOB | AGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| 09/05/1986 | 38 | 1223 NW Pointe DR Macon, GA 31220 |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|
| White | Male | 5'07" | 190 | Brown | Blue |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | SOCIALSECURITY NUMBER |
|---|---|---|---|
| | (478)957-2072 | | -- |

### CHARGES

| | STATUTE / DESCRIPTION | FELONY | DOMESTIC | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|---|---|
| 01 | 16-11-39<br>Disorderly Conduct | | | 1 | Commit |
| 02 | 16-7-21<br>Criminal Trespass- UNLAWFUL ENTERING | | | 1 | Commit |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### NARRATIVE

The accused committed the offense of Disorderly Conduct when was asked to turn his volume down on his loud speaker after disturbing the peace of 502 Cherry St, and the events that were occurring for the Cherry Blossom Festival on Cherry St. The accused was also asked to move from in front of 502 Cherry St. (The Bohemian Den) to go across the street, and refused. There were several complaints of disturbing the peace from the people attending the event, the business owner of 502 Cherry, and the Cherry

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 1951 Smith, Cl | 3/29/2025 | Kosmowski, R, Robert J | 03/29/2025 |

**Bibb County Sheriff's Office**

**ARREST INFORMATION SHEET** CASE# **2025-00027346**

P.O. Box 930

Macon, GA 31202

## ARREST NARRATIVE (continuation)

Blossom Staff.

The accused committed the offense of Criminal Trespass when he entered the Cherry Blossom Event advocating against abortion. The accused was asked to leave by the Cherry Blossom staff and refused.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **1951 Smith, Cl** | **3/29/2025** | **Kosmowski, R, Robert J** | **03/29/2025** |

# OfficerID: maconbibb\cbsmith, Arrest Narrative

**The accused committed the offense of Disorderly conduct when his party was asked to turn the volume of his loud speaker down, then turned the volume back up. There has been several complaints from the business owners and residence of the down town area of the peace being disturbed.**

**Arrest, Officer: maconbibb\cbsmith, Supervisor: maconbibb\jalitton, Merged By: maconbibb\sfreeman**

## Bibb County Sheriff's Office

**ARREST INFORMATION SHEET**

P.O. Box 930
Macon, GA 31202

CASE# **2025-00027346**

### DETAILS

| ARREST DATE/TIME | ARREST TYPE | WARRANT NUMBER | WARRANT ORI | ARRESTING OFFICER |
|---|---|---|---|---|
| 3/29/2025 12:51 | Arrest Warrantless | | | 1951 Smith, Cl |

LOCATION OF ARREST
THIRD ST
Macon, GA

### ARRESTEE

NAME (JACKET TYPE/LAST, FIRST, MIDDLE SUFFIX)
Smith, Christopher Clayton

| DOB | AGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| 11/21/1982 | 42 | 501 Lesure Lake DR Warner Robins, GA 31088 |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|
| White | Male | 5'03" | 165 | Brown | Brown |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | SOCIALSECURITY NUMBER |
|---|---|---|---|
| | (478)250-2955 | | -- |

### CHARGES

| | STATUTE / DESCRIPTION | FELONY | DOMESTIC | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|---|---|
| 01 | 16-11-39 Disorderly Conduct | | | 1 | Commit |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### NARRATIVE

The accused committed the offense of Disorderly conduct when his party was asked to turn the volume of his loud speaker down, then turned the volume back up. There has been several complaints from the business owners and residence of the down town area of the peace being disturbed.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 1951 Smith, Cl | 3/29/2025 | Litton, J, James E | 03/30/2025 |